IN THE CIRCUIT COURT OF PULASKI COUNTY ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 01 2011

JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

FRANKIE WILLIAMS PLAINTIFF

VS. CIV.NO 4:11-cv-544/JMM

PUBLIC DEFENDER: BRANDY TURNER DEFENDENT

LEGAL MALPRACTICE COMPLAINT

ACTS 1987, NO 611. §§ 2.

This case assigned to District Judge Moody
and to Magistrate Judge Deere

THIS COMPLAINT IS BROUGHT PURSUANT TO A.C.A & §§ 16-22-310, 17-12-702, 16-114-203, LIABILITY OF ATTORNEY FOR THE STATE OF ARKANSAS: SECTION (A) (1). SECTION (1) PROVIDES: ACT, OMISSIONS, DECISIONS OR CONDUCT THAT CONSTITUTES FRAUD OR INTENTIONAL MISREPRESENTATION:

STATEMENT OF CLAIM:

ON OCTOBER 14, 2010 MY PUBLIC DEFENDER, BRANDY TURNER CAME TO ME WITH A PLEA OFFER FROM PROSECUTING ATTORNEY HAYDEN SHUGAR OF 30 YEARS ON SEVENTY PERCENT. BUT IF I DIDNT TAKE IT THEY WOULD BE READY FOR TRIAL ON THE FALLOWING WEEK. OCTOBER 21, 2010. I TOLD HER THAT ONLY IF SHE WILL ACCEPT A OFFER OF 20 YEARS THAT I WOULD PLEA TO IT UNDER THE 70 PERCENT, BUT THAT I WOULDN'T TAKE 30. MY LAWYER INFORMED ME THAT SHE WILL NOT GO FOR IT BECAUSE SHE'S AFRAID I WOULD KILL SOMEONE WHEN I GOT OUT AND THAT SHE WANTED ME TO DO AS MUCH TIME AS POSSIBLE

SO I TOLD MY LAWYER THAT I WOULD NOT PIEA TO 30 YEARS UNDER THE 70 PERCENT TO GET READY FOR TRIAL. SHE THEN TOLD ME I'LL SEE YOU IN COURT. ON OCTOBER 21. 2010 IN COURT I GAVE BRANDY TURNER A CERTIFIED NOTORIZED MOTION DISMISSIN HER AS MY COUNSEL IN MY REPRESENTATION. I FELT LIKE SHE SHOWED ALOT OF NEGATIVITY IN MY CASE AND DIDNT FEEL LIKE SHE WAS REPRESENTING ME THE WAY I NEEDED HER TO. I ALSO GAVE NOTICE TO THE PROCIDING JUDGE HEARING MY CASE. AS WELL AS A NOTICE TO THE PROSECUTING ATTORNEY HAYDEN SHUGAR, AND JUDGE HERBERT WRIGHT. MY LAWYER THEN CAME TO ME AND SAID THAT THE JUDGE WILL NOT GIVE YOU THE LAWYER YOU ASK FOR. I TOLD HER THAT I DONT WANT MY CHOICE BUT I WANTED SOMEONE BESIDES HER. SHE SAID THE JUDGE WOULDN'T DO THAT. SHE THEN SAID IF I DID NOT TAKE THE DEAL THAT WAS OFFERD TO ME THAT WHEN I WENT TO TRIAL IF I'M FOUND GUILTY I WOULD PROBABLY GET 40 YEARS ON EACH CHARGE ON THE 70 AND THEY WOULD PROBABIY BE RAN CONSECUTIVE. I THEN ASKED IF SHE SUMMONS ALL MY WITTNESSES FOR TRIAL? SHE SAID SHE DIDN'T SEE MUCH SINCE IN IT. SO WITH ALL THE MENTAL AND EMOTIONAL STRAIN I WAS UNDER BECAUSE OF MY CASE AND THE NEGLECT FROM MY LAWYER IN HANDLING MY CASE I AGREED UNDER THE COERIENCE OF MY LAWYER TO TAKE THE PLEA BUT IF ID OF HAD BETTER GUIDENCE BY MY PUBLIC COUNSEL BRANDY TURNER I WOULD NOT BEEN IN A PRESSURED STATE OF MIND MENTALLY IN ADMITING MY GUILT OR IN TAKING A PIEA OF 30 YEARS THAT I WOULD NOT OF TAKEN WITH PROPER COUNSEL. THEREFORE WITH ALL DO RESPECT I ASK THE COURTS TO WITHDRAW MY PIEA OF GUILT AND A NEW HEARING DATE SET IN MY CASE. FOR AGGRAVTED ROBBERY AND KIDNAPPING THEFT OF PROPERTY, FRAUDULANT USE OF CREDIT CARD. X X X.

PLAINTIFF WAS MISREPRESENTED BY HEARIN COUNSEL: BRANDY TURNER. REPRESENTATION FELL BELOW THE STANDARDS OF COMPETENT REPRESENTATION: IF NOT FOR MISCONDUCT IN REPRESENTING PLAINTIFF: FRANKIE WILLIAMS AND HIS OUTCOME OF TRIAL, PLEA, ECT.. WOULD HAVE BEEN DIFFRENT.

COUNSEL HAS VIOLATED THE MODEL RULES OF LAWYERS PROFETIONAL CONDUCT. COUNSEL NAMED HEREIN HAS VIOLATED ONE OR MORE OF RULE 8.4 MISCONDUCT.

RULE 8.4 PROVIDES:

IT IS PROFESSIONAL MISCONDUCT FOR A LAWYER TO:

A.) VIOLATE OR ATTEMPT TO VIOLATE THE RULES OF PROFESSIONAL CONDUCT, KNOWINGLY ASSIST OR INDUCE ANOTHER TO DO SO'S THROUGH THE ACT OF ANOTHER.

B) COMMIT A CRIMINAL ACT THAT REFLECTS ADVERSELY ON THE LAWYERS HONESTY.

C). ENGAGE IN CONDUCT THAT INVOIVES DISHONESTY, FRAUD DECIET OR MISREPRESENTATION.

D). ENGAGE IN CONDUCT THAT IS PREJUDICIAL TO THE ADMINISTRATION OF JUSTICE.

E). STATE OR SEMPIY AN ABILITY TO INFILUENCE TO THE ADMINISTRATION OF JUSTICE.

F) KNOWINGLY ASSIST A JUDGE, OR JUDICIAL OFFICE IN CONDUCT THAT IS A VIOLATION OF APPLICABIE RULES OF JUDICIAL CONDUCT OR OTHER LAW.

LIABILITY OF ATTORNEYS

SECTION A) (1) ACTS 1987 NO 661 §2.

#(1) ACTs OMISSION DECISION OR CONDUCT THAT CONSTITUTE FRAUD OR INTENTIONAL MISREPRESENTATION: OR

#(2) OTHER ACTS, OMISSIONS, DECISIONS OR CONDUCT IF THE PERSON, PARTNERSHIPS OR CORPORATION WAS AWARE THAT PRIMARY INTENT OF THE CLIENT WAS FOR THE PROFESSIONAL SERVICES TO BENEFIT OR INFLUENCE THE PARTICULER PERSON BRINGING THE ACTION, FOR THE PURPOSES OF THIS SUBDIVISION. OF THE PERSON, PARTNERSHIP, OR CORPORATION

WHEREFORE, THE PIAINTIFF PRAYS THAT THIS HONORABIE COURT TO GRANT THE FALLOWING ASKED FOR IN THIS MOTION COMPLAINT. FOR THE CITED REASONS COMPIAINT, PIAINTIFF PRAYS THAT THIS HONORABLE COURTS TO SET A HEARING ON PLAINTIFFS COMPLAINTS, OR TO GRANT ANY AND ALL RELIEF SOUGHT IN THIS CLAIM AND TO GRANT PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPRES TO APPOINT COUNSEL FOR PLAINTIFF, AND TO ORDER PLAINTIFFS PRESENCE AT ANY HEARING THAT THIS HONORABLE COURT DEEMS JUST AND PROPER.

Frankie Williams A.D.C #95949
VARIFICATION SIGNATURE

RESPECTFULLY SUBMITED

FRANKIE WILLIAMS
PLAINTIFF
A D C # 95949
P.O. BOX 180
BRICKEY AR 72320-180

NAME: FRANKIE WILLIAMS

DATE: 6-26-11

SIGNATURE: Frankie Williams

SUBSCRIBED AND SWORN BEFORE ME THIS 26 day of JUN

Seccer Cole

NOTARY




MY COMMISSION EXPIRES: Dec. 01- 2017