# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**FRANKIE WILLIAMS**
**ADC #95949**                                                        **PLAINTIFF**

**v.**                           **No. 4:11CV00544-JMM**

**BRANDY TURNER**                                                    **DEFENDANT**

## ORDER

On  July 1, 2011, Plaintiff Frankie Williams, an inmate incarcerated at the

Arkansas Department of Correction, filed this case *pro se* under 42 U.S.C. § 1983.

(Docket entry #1)  Mr. Williams did not pay the statutory $350.00 filing fee; nor did he

submit an application to proceed *in forma pauperis* so that he could pay the filing fee over

time.

On July 11, 2011, Mr. Williams was ordered to pay the filing fee or to file an

application to proceed *in forma pauperis* within 30 days.  On July 29, 2011, Mr. Williams

moved for an extension of time to file for *in forma pauperis* status.  His motion was

granted by Order of August 8, 2011.  Mr. Williams was warned that failure to comply

with the Court's Orders could result in dismissal of his case.

Mr. Williams has not complied with the Court's July 11, 2011 and August 8, 2011

Orders.  The filing fee remains unpaid, and Mr. Williams has not submitted an application

to proceed *in forma pauperis*.

This case is dismissed, without prejudice, under Local Rule 5.5(c)(2), this 20th day of September, 2011.

UNITED STATES DISTRICT JUDGE