IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANKIE WILLIAMS
ADC #95949                                                                                          PLAINTIFF

v.                                       No. 4:11CV00544-JMM

BRANDY TURNER                                                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of September, 2011.


_____
UNITED STATES DISTRICT JUDGE